**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**SIMS BAGGETT**                                                                    **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 1:03cv588LG-RHW**

**JO ANNE BARNHART,**                                                   **DEFENDANT**
**COMMISSIONER OF SOCIAL SECURITY**

**FINAL JUDGMENT**

This matter is before the Court on submission of the Report and Recommendation of

United States Magistrate Judge Robert H. Walker [11-1] entered in this cause on August 18,

2006.  The Court, having adopted said Report and Recommendation as the finding of this

Court by separate Order entered this date, finds that the decision of the Commissioner should

be affirmed and the Plaintiff's Motion to Remand should be denied.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion to Remand filed

October 27, 2003, [4-1] should be and is hereby **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above captioned cause

should be, and is hereby, dismissed.

**SO ORDERED AND ADJUDGED** this the 7th day of September, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE